**Fill in this information to identify the case:**

Debtor name __AMERIGREEN ENERGY INC__

United States Bankruptcy Court for the: __EASTERN__    District of __PA__
(State)

Case number (if known): __18-13777__

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.1** Creditor's name
FULTON BANK

Creditor's mailing address
1 PENN SQUARE
LANCASTER, PA 17602

Creditor's email address, if known

Date debt was incurred __04/27/2017__
Last 4 digits of account number __9  0  0  2__

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL
INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS

Describe the lien
UCC FILING

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,918.43      $ _____

**2.2** Creditor's name
FULTON BANK

Creditor's mailing address
1 PENN SQUARE
LANCASTER, PA 17602

Creditor's email address, if known

Date debt was incurred __09/20/2007__
Last 4 digits of account number __0  1  0  1__

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL
INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS

Describe the lien
UCC FILING

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,000,000.00      $ _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$ 67,922,982.50

Debtor    AMERIGREEN ENERGY INC                                    Case number (if known) 18-13777
_____Name_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Column A — Amount of claim. Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**

Creditor's name

FULTON BANK

Creditor's mailing address

1 PENN SQUARE

LANCASTER, PA 17602

Creditor's email address, if known

Date debt was incurred   08/09/2013

Last 4 digits of account number   0 4 0 1

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL

INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS    $ 8,000,000.00    $ _____

Describe the lien
UCC FILING

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4**

Creditor's name

FULTON BANK

Creditor's mailing address

1 PENN SQUARE

LANCASTER, PA 17602

Creditor's email address, if known

Date debt was incurred   04/15/2016

Last 4 digits of account number   0 5 0 1

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL

INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS    $ 150,000.00    $ _____

Describe the lien
UCC FILING

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    AMERIGREEN ENERGY INC                                    Case number (if known)  18-13777
          _____                         _____
          Name

| | Column A | Column B |
|---|---|---|

**Part 1:    Additional Page**

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
**Value of collateral
that supports this
claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.**

---

**2.5**  Creditor's name

FULTON BANK
_____

Creditor's mailing address

1 PENN SQUARE
LANCASTER, PA 17602
_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Have you already specified the relative
     priority?

     ☐ No. Specify each creditor, including this
          creditor, and its relative priority.
          _____
          _____
          _____

     ☐ Yes. The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is subject to a lien

SEE SCHEDULE OF ASSETS & LIABILITIES    $ 52,697,064.07    $ _____
OF WORLEY & OBETZ, CASE NO. 18-13774
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**  Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Have you already specified the relative
     priority?

     ☐ No. Specify each creditor, including this
          creditor, and its relative priority.
          _____
          _____
          _____

     ☐ Yes. The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is subject to a lien

_____    $ _____    $ _____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | AMERIGREEN ENERGY INC | | Case number (if known) | 18-13777 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

---

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| REED SMITH LLP, ATTN:  DEREK J. BAKER, ESQ.<br>2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA 19103-7301 | Line 2. 1 - 5 | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

---