**Fill in this information to identify the case:**

Debtor name: AMERIGREEN ENERGY INC

United States Bankruptcy Court for the: EASTERN District of PA (State)

Case number (If known): 18-13777

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals       12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................................   $ -0-

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................   $ 22,051,783.19

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................   $ 22,051,783.19

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............   $ 67,922,982.50

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................   $ 2,039.69

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................   + $ 7,277,636.65

4. **Total liabilities**..................................................................................................................................   $ 75,202,658.84
    Lines 2 + 3a + 3b