**Fill in this information to identify the case:**

Debtor name: AMERIGREEN ENERGY INC

United States Bankruptcy Court for the: EASTERN  District of PA
(State)

Case number (If known): 18-13777

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                    Current value of debtor's interest

2. Cash on hand                                                                       $_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. FULTON BANK | SEE ATTACHED LIST (filed 7/24/18 at Docket #43) | | $ 1,221,465.87 |
   | 3.2. PNC BANK | ESCROW SAVINGS | 8 6 7 0 | $ 1,020.00 |

4. Other cash equivalents *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**                                                                $ 1,222,485.87

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

                                                                                      Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. RENTAL SECURITY DEPOSITS - SEE ATTACHED LIST (filed 7/24/18 at Docket # 43)   $ 11,928.75
   7.2. OTHER DEPOSITS - SEE ATTACHED LIST (filed 7/24/18 at Docket # 43)             $ 242,965.33

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property                    page 1

Debtor  AMERIGREEN ENERGY INC  
Name

Case number (if known) 18-13777

### 8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

8.1. PREPAID INSURANCE — $109,640.83

8.2. PREPAID OTHER - SEE ATTACHMENT  (filed 7/24/18 at Docket # 43) — $39,679.05

### 9. Total of Part 2.
Add lines 7 through 8. Copy the total to line 81.

$404,213.96

## Part 3: Accounts receivable

### 10. Does the debtor have any accounts receivable?
☐ No. Go to Part 4.  
☒ Yes. Fill in the information below.

Current value of debtor's interest

### 11. Accounts receivable

11a. 90 days old or less: 2,106,156.74 -SEE ATTACHED AMENDED LIST = → $2,106,156.74  
face amount / doubtful or uncollectible accounts

11b. Over 90 days old: 246,342.64 -SEE ATTACHED AMENDED LIST = → $246,342.64  
face amount / doubtful or uncollectible accounts

### 12. Total of Part 3
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$2,352,499.38

## Part 4: Investments

### 13. Does the debtor own any investments?
☐ No. Go to Part 5.  
☒ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

### 14. Mutual funds or publicly traded stocks not included in Part 1
Name of fund or stock:  
14.1. _____  _____  $_____  
14.2. _____  _____  $_____

### 15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

Name of entity: | % of ownership:
15.1. ADVANCE AIR INC — 100.00% — $UNKNOWN  
15.2. PJM INTERCONNECTION LLC — UNK % — $UNKNOWN

### 16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

Describe:  
16.1. _____  _____  $_____  
16.2. _____  _____  $_____

### 17. Total of Part 4
Add lines 14 through 16. Copy the total to line 83.

$_____

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 2

Debtor  AMERIGREEN ENERGY INC  
_____  
Name

Case number (if known) __18-13777_____

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    - ☐ No. Go to Part 6.
    - ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. Work in progress _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. Finished goods, including goods held for resale  SEE ATTACHED LIST (filed 7/24/18 at Docket # 43) | N/A  MM / DD / YYYY | $ 3,410,124.00 | SEE ATTACHED (filed 7/24/18 at Docket # 43) | $ 3,460,952.06 |
| 22. Other inventory or supplies  LUBRICANTS | N/A  MM / DD / YYYY | $ 56,865.89 | COST | $ 56,865.89 |

23. Total of Part 5 .................................................................................... $ 3,517,817.95  
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
    - ☒ No
    - ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    - ☐ No           UNABLE TO QUANTIFY
    - ☒ Yes. Book value _____ Valuation method _____ Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    - ☒ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested _____ | $ _____ | _____ | $ _____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish _____ | $ _____ | _____ | $ _____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) _____ | $ _____ | _____ | $ _____ |
| 31. Farm and fishing supplies, chemicals, and feed _____ | $ _____ | _____ | $ _____ |
| 32. Other farming and fishing-related property not already listed in Part 6 _____ | $ _____ | _____ | $ _____ |

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 3

Debtor  AMERIGREEN ENERGY INC  
         Name

Case number (if known) 18-13777

33. **Total of Part 6.**  
    Add lines 28 through 32. Copy the total to line 85.   $ _____

34. **Is the debtor a member of an agricultural cooperative?**
    - ☐ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☐ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ☐ No. Go to Part 8.
    - ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> DESKS & CUBICLES | $ 32,973.49 | COMPARABLE SALES | $ 10,000.00 |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> COMPUTERS & OTHER OFFICE EQUIPMENT | $ 243,486.40 | COMPARABLE SALES | $ 50,000.00 |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ | | $ |
| 42.2 _____ | $ | | $ |
| 42.3 _____ | $ | | $ |

43. **Total of Part 7.**  
    Add lines 39 through 42. Copy the total to line 86.   $ 60,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ☐ No
    - ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

Debtor  AMERIGREEN ENERGY INC   Case number (if known) 18-13777
         Name

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    ☐ No. Go to Part 9.
    ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

    47.1 SEE ATTACHED LIST (AMENDED)    $ 238,500.13    COMPARABLE SALES    $ 208,500.00
    47.2 _____    $ _____    _____    $ _____
    47.3 _____    $ _____    _____    $ _____
    47.4 _____    $ _____    _____    $ _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____    $ _____    _____    $ _____
    48.2 _____    $ _____    _____    $ _____

49. Aircraft and accessories

    49.1 _____    $ _____    _____    $ _____
    49.2 _____    $ _____    _____    $ _____

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

    SEE ATTACHED LIST (filed 7/24/18 at Docket # 43)    $ 204,531.73    COMPARABLE SALES    $ 124,000.00

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.    $ 332,500.00

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ☒ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 5

Debtor    AMERIGREEN ENERGY INC
         Name                                                                Case number (if known) 18-13777

## Part 9: Real property

54. Does the debtor own or lease any real property?
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 OFFICE - 1650 MANHEIM PK, STE 201, LANCASTER, PA 17601 | LEASED | $ -0- | | $ -0- |
| 55.2 OFFICE - 333 SYLVAN AVE, STE 305, ENGLEWOOD CLIFFS, NJ | LEASED | $ -0- | | $ -0- |
| 55.3 WAREHOUSE - 55 DOE RUN RD, MANHEIM, PA | LEASED | $ -0- | | $ -0- |
| 55.4 STORAGE - 24 NEW CHARLOTTE ST, MANHEIM, PA | LEASED | $ -0- | | $ -0- |
| 55.5 STORAGE - 902 STRASBURG PK, STRASBURG, PA | LEASED | $ -0- | | $ -0- |
| 55.6 STORAGE - 3251 TREWIGTOWN RD, COLMAR, PA | LEASED | $ -0- | | $ -0- |

56. **Total of Part 9.**   $ -0-
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☐ No
    ☒ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets<br>TRADEMARKS: AMERIGREEN; OUR SOIL, OUR OIL; AMERIGREEN ENERGY BROKERS | $ 9,603.80 | | $ UNKNOWN |
| 61. Internet domain names and websites<br>www.amerigreen.com, www.whybioisbetter.com | $ 2,511.00 | | $ UNKNOWN |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ 2,230,759.62 | | $ UNKNOWN |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.**   $ UNKNOWN
    Add lines 60 through 65. Copy the total to line 89.

Debtor: AMERIGREEN ENERGY INC  
Case number (if known): 18-13777

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    - ☒ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)  
    BLENDING FACILITY - INTERNATIONAL PETROLEUM TERMINALS, LLC  
    Total face amount: 289,731.35 − doubtful or uncollectible amount: ____ = → $ 289,731.35

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)  
    Tax year ____  $ ____  
    Tax year ____  $ ____  
    Tax year ____  $ ____

73. **Interests in insurance policies or annuities**  
    $ ____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**  
    Nature of claim ____  
    Amount requested $ ____  
    $ ____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**  
    ASSET PURCHASE AGREEMENT - RELADYNE  
    Nature of claim: SUSTAINABILITY EARN-OUT ON SALE OF LUBRICANTS DIV  
    Amount requested $ 125,000.00  
    $ 125,000.00

76. **Trusts, equitable or future interests in property**  
    $ ____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership  
    2017 BIODIESEL TAX CREDIT RECEIVABLE  
    $ 2,667,050.00  
    $ ____

78. **Total of Part 11.**  
    Add lines 71 through 77. Copy the total to line 90.  
    $ 3,081,781.35

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 7

Debtor  AMERIGREEN ENERGY INC  
Name

Case number (if known) 18-13777

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 1,222,485.87 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 404,213.96 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 2,352,499.38 | |
| 83. Investments. *Copy line 17, Part 4.* | $ -0- | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 3,517,817.95 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ -0- | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 60,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 332,500.00 | |
| 88. Real property. *Copy line 56, Part 9.* → | | $ -0- |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ -0- | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 3,081,781.35 | |
| 91. Total. Add lines 80 through 90 for each column. ...... 91a. | $ 13,323,797.89  + 91b. | $ -0- |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ................................................... $ 13,323,797.89

**AMERIGREEN ENERGY INC**
**US Bankruptcy Court for Eastern District of PA, Case No. 18-13777**

Form 206A/B, Line 11, Accounts Receivable Reconciliation (AMENDED)

| | Total | Current | 31- 60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|---|---|
| Balances per Attached Accounts Receivable Aged Trial Balances: | | | | | | |
| Energy Services Divisions | 768,314.35 | 526,771.36 | 70,326.18 | 20,554.68 | 4,209.08 | 146,453.05 |
| Utilities Divisions | 677,144.83 | 275,946.30 | 252,471.63 | 94,336.39 | 16,050.02 | 38,340.49 |
| Unbilled Natural Gas | 165,719.95 | 165,719.95 | | | | |
| Amounts Representing Customer Deposits | (741,320.25) | (700,030.25) | 0.00 | 0.00 | (41,290.00) | 0.00 |
| **Total Accounts Receivable, Line 11** | **2,352,499.38** | **1,668,467.86** | **322,797.81** | **114,891.07** | **61,549.10** | **184,793.54** |

AMERIGREEN ENERGY INC
US Bankruptcy Court for Eastern District of PA, Case No. 18-13777

Form 206A/B, Line 11, Accounts Receivable from Energy Services & Lubricants Divisions (AMENDED)

# Financial AR Aging

Aging Date:    06/06/2018

| ID | Customer | Balance | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 And Over |
|---|---|---|---|---|---|---|---|
| 2005002 | Aero | 2.78 | 0.00 | 0.00 | 0.00 | 0.00 | 2.78 |
| 2014454 | Affordable Holdings Inc dba Affordable | 0.17 | 0.00 | 0.17 | 0.00 | 0.00 | 0.00 |
| 2009138 | Apgar Oil Co Inc | 423.97 | 424.00 | 0.00 | 0.00 | (0.03) | 0.00 |
| 1050 | ASAP LLC | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 |
| 2014437 | BIOX USA Limited | 617.73 | 0.00 | 0.00 | 0.00 | 0.00 | 617.73 |
| 2009134 | Bishop Fuels | 757.90 | 0.00 | 0.00 | 0.00 | 174.90 | 583.00 |
| 2011194 | BP Products North America Inc | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 2013265 | Brenntag Northeast LLC. | 41,686.90 | 20,868.95 | 20,817.94 | 0.00 | 0.00 | 0.01 |
| 2008103 | Buckeye Energy Services | 357,066.78 | 357,066.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| CASHCARRY | CASH-n-CARRY SALES | 36,458.70 | 36,458.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| DES-1113 | DESUTA Concrete Forms | 1,368.20 | 0.00 | 1,368.20 | 0.00 | 0.00 | 0.00 |
| 2014481 | Dolan Oil Service Inc | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 |
| 2011212 | E F Laudenslager, Inc. | 437.25 | 437.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014508 | EDPO LLC T/A CMP | 22.70 | 0.00 | 0.00 | 0.00 | 0.00 | 22.70 |
| EVERCAT | Evercat Fuels LLC | 20,447.00 | 0.00 | 0.00 | 0.00 | 20,447.00 | 0.00 |
| 2014520 | ExxonMobil Oil Corporation | 61,771.79 | 61,771.71 | 0.00 | 0.00 | 0.00 | 0.08 |
| 2009606 | Faddis Concrete Products | 2,299.00 | 0.00 | 2,299.00 | 0.00 | 0.00 | 0.00 |
| 2013272 | Fleet Fuel Services LLC | (679.35) | 0.00 | 0.00 | 0.00 | 0.00 | (679.35) |
| 2007079 | Francis L Werley Inc | (81.42) | 0.00 | 0.00 | 0.00 | (81.42) | 0.00 |
| 2013819 | Fred M. Schildwachter & Sons - HO | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 |
| 2014525 | G.P. & W Inc DBA Center Oil Company | (0.01) | 0.00 | (0.01) | 0.00 | 0.00 | 0.00 |
| 2014411 | GEC Oil Inc | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 2012243 | George E. Warren Co. | 18,829.42 | 18,829.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009151 | Gulf Oil Limited Partnership | 163,081.82 | 163,081.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006066 | H B McClure Co | 0.12 | 0.00 | 0.00 | 0.00 | 0.12 | 0.00 |
| 2014495 | I. T. Landes Company | (34.95) | (34.95) | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012232 | Ikes Airport Garage | 0.59 | 0.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012234 | Independence Operating LLC | 3,570.21 | 381.60 | 0.00 | 0.00 | 3,145.86 | 42.75 |
| 2014538 | IPC (USA) Inc | 4,346.62 | 4,346.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1063 | Kenny Groff Trucking | 587.41 | 0.00 | 587.41 | 0.00 | 0.00 | 0.00 |
| 2014416 | Kolmar Americas Inc | 681.06 | 0.00 | 0.00 | 0.00 | 0.00 | 681.06 |
| 2012226 | KTD Enterprises Inc. | (360.38) | 0.00 | 0.00 | 0.00 | 0.00 | (360.38) |

| ID | Customer | Balance | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 And Over |
|---|---|---|---|---|---|---|---|
| 1058 | Lancaster Fleet & Auto | 134.53 | 134.40 | 0.00 | 0.01 | 0.12 | 0.00 |
| 1100 | Longenecker's Hardware | 47.70 | 0.00 | 0.00 | 0.00 | 47.70 | 0.00 |
| 1087 | Manheim Township- Highway | 1,249.70 | 0.00 | 0.00 | 0.00 | 1,249.70 | 0.00 |
| MARATHON | Marathon Petroleum | 0.42 | 0.00 | 0.00 | 0.00 | 0.42 | 0.00 |
| 2012241 | Marpodco Inc. | (189.72) | 0.00 | 0.00 | 0.00 | 0.00 | (189.72) |
| 2010177 | Martin Oil Company | 9,987.66 | 9,987.66 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012247 | Miller Gas & Oil Inc. | 0.01 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 |
| 2010183 | Mitchell Supreme Fuel Co | 1.03 | 0.00 | 0.00 | 0.00 | 0.00 | 1.03 |
| 2014493 | Moyer & Son Inc | 0.01 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 |
| 2011198 | Musket Corporation | 15,596.05 | 15,596.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006070 | Oehlert Bros | (0.87) | (0.87) | 0.00 | 0.00 | 0.00 | 0.02 |
| 2013278 | PBF Holding Company LLC | 63,864.03 | 63,864.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014531 | Peckham Materials Corp | 15,690.18 | 15,690.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011217 | Petroleum Heat & Power Co. Inc. | (41,290.00) | 0.00 | 0.00 | 0.00 | (41,290.00) | 0.00 |
| 2007078 | Petroleum Traders Corp | (0.07) | (0.07) | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014424 | Philadelphia Energy Solutions - | (700,030.25) | (700,030.25) | 0.00 | 0.00 | 0.00 | 0.00 |
| 2013295 | Phillips 66 Company | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 2009500 | PPL Services Corp | 2.18 | 0.00 | 1.53 | 0.60 | 0.05 | 0.00 |
| 2009112 | Precision Machinery Systems Inc | 2,391.68 | 0.00 | 0.00 | 0.00 | 2,391.68 | 0.00 |
| 1113 | Ranck Inc | 48,981.18 | 7,675.46 | 14,556.45 | 12,191.33 | 14,557.94 | 0.00 |
| 2014413 | RBF Sustainable Energy 'solutions | (0.02) | 0.00 | 0.00 | 0.00 | 0.00 | (0.02) |
| 1095 | Redmonds Parts & Paint Inc. | 231.00 | 0.00 | 0.00 | 0.00 | 231.00 | 0.00 |
| 2005006 | Reilly & Sons Inc | 16,466.74 | 16,466.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1053 | RG Transportation | 78.26 | 0.00 | 0.00 | 0.00 | 78.26 | 0.00 |
| 2006056 | Rhoads Energy | 1,684.50 | 1,684.11 | 0.00 | 0.00 | 0.00 | 0.39 |
| 2010169 | Richardson's Fuel Supply | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 |
| 2009125 | Ross Fogg Fuel Oil Co | (0.01) | 0.00 | 0.00 | 0.00 | 0.00 | (0.01) |
| 2012242 | S.B. Collins Inc. | 16,849.76 | 16,849.29 | 0.00 | 0.00 | 0.00 | 0.47 |
| 2009122 | Self Heating & Cooling Inc | 3,023.16 | 2,935.14 | 0.00 | 0.00 | 0.00 | 88.02 |
| 1029 | Serco Inc | 3,486.35 | 0.00 | 2,407.91 | 1,162.35 | (83.91) | (0.23) |
| 2013298 | Singer Energy Goup LLC dba Robison | (0.23) | 0.00 | 0.00 | 0.00 | 0.00 | (0.23) |
| 2013292 | Sippin Energy Products | (21.62) | (21.62) | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTH CENTRAL | South Central PA Energy Association | 352.00 | 352.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1023 | StoneWall | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| 2013285 | Sunoco LLC | 37,808.32 | 0.00 | 21,427.00 | 0.00 | 0.00 | 16,381.32 |
| 2005008 | Talley Petroleum Enterprises | 38,389.30 | 38,389.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014527 | Tevis Oil Inc | 25,312.60 | 25,312.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012249 | The Energy Conservation Group LLC | 51,400.02 | 51,400.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2013282 | Tri-State Biodiesel LLC | 5,739.14 | 0.00 | 0.00 | 0.00 | 0.00 | 5,739.14 |
| 2014401 | United Metro Energy Corp | 6,591.43 | 6,591.43 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009143 | Valley Oils Inc | 385.00 | 0.00 | 0.00 | 0.00 | 0.00 | 385.00 |
| 2012228 | Value Energy | 2,872.87 | 0.00 | 0.00 | 0.00 | 2,872.87 | 0.00 |
| 2013271 | Versalift East LLC | 0.04 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |

| ID | Customer | Balance | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 And Over |
|---|---|---|---|---|---|---|---|
| 2009130 | W.C. Eshenaur & Son Inc. | (0.06) | 0.00 | 0.00 | 0.00 | (0.06) | 0.00 |
| 1109 | Warihay Enterprises, Inc. | 438.42 | 0.00 | 0.00 | 0.00 | 438.42 | 0.00 |
| 2012258 | West Vernon Energy Corp. | 5,084.39 | 5,084.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014385 | Wever Petroleum Inc. | (10.00) | 0.00 | 0.00 | 0.00 | 0.00 | (10.00) |
| 2014422 | Whitelock & Woerth, Inc | 614.80 | 614.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2013262 | Windsor Fuel Co., Inc. | 2,900.68 | 2,900.67 | 0.00 | 0.00 | 0.00 | 0.01 |
| 2009124 | Woodruff Energy | (0.01) | 0.00 | 0.00 | 0.00 | 0.00 | (0.01) |
| 2009148 | Woolley Fuel Company | 165.00 | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014449 | World Energy | 520.22 | 0.00 | 0.00 | 0.00 | 0.00 | 520.22 |
| 2005001 | Worley & Obetz Inc | 418,129.67 | 281,498.43 | 6,860.58 | 7,200.37 | (46.59) | 122,616.88 |
| | **Net Balance** | 768,314.35 | 526,771.36 | 70,326.18 | 20,554.68 | 4,209.08 | 146,453.05 |

**AMERIGREEN ENERGY INC**

**US Bankruptcy Court for Eastern District of PA, Case No. 18-13777**

Form 206A/B, Line 11, Accounts Receivable from Utilities Divisions (AMENDED)

| Utility | Total | Current | AR 15 | AR 30 | AR 45 | AR 60 |
|---|---:|---:|---:|---:|---:|---:|
| Con Edison | 186,164.39 | 51,092.76 | 85,744.74 | 49,326.89 | 0.00 | 0.00 |
| South Jersey Gas | 14,545.25 | 8,079.41 | 6,128.10 | 0.00 | 0.00 | 337.74 |
| Columbia Gas PA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MetEd | 4,195.01 | 1,327.63 | 1,754.40 | 1,319.04 | 0.00 | (206.06) |
| Orange & Rockland | 30,376.73 | 23,814.71 | 842.02 | 5,720.00 | 0.00 | 0.00 |
| PSEG Gas | 154,674.39 | 60,857.45 | 40,682.25 | 6,594.56 | 14,110.21 | 32,429.92 |
| UGI | 7,622.54 | 3,819.11 | 2,742.51 | 1,122.97 | 0.00 | (62.05) |
| PPLElectric | 5,674.15 | 3,295.49 | 2,378.66 | 0.00 | 0.00 | 0.00 |
| AGL Resources | 50,655.54 | 9,976.57 | 30,078.09 | 3,042.19 | 1,939.81 | 5,618.88 |
| PECO Energy | 71,482.86 | 34,064.98 | 25,938.89 | 11,256.91 | 0.00 | 222.08 |
| Keyspan Energy NY | 64,753.94 | 24,667.81 | 24,132.30 | 15,953.83 | 0.00 | 0.00 |
| Niagra Mohawk | 296.22 | 296.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| Keyspan Energy LI | 12,228.80 | 9,719.36 | 2,509.44 | 0.00 | 0.00 | 0.00 |
| NJNG | 46,262.80 | 16,722.59 | 29,540.23 | 0.00 | 0.00 | (0.02) |
|  | **648,932.62** | **247,734.09** | **252,471.63** | **94,336.39** | **16,050.02** | **38,340.49** |

| Brokerage | Total | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| AP Holdings LLC | 3.17 | 3.17 | | | | |
| Blue Rock | 230.99 | 230.99 | | | | |
| Constellation Energy | 6,212.39 | 6,212.39 | | | | |
| Crius Energy | 7,885.18 | 7,885.18 | | | | |
| Direct Energy | 1,062.40 | 1,062.40 | | | | |
| Energy Resources | 976.88 | 976.88 | | | | |
| First Point Power | 1,489.80 | 1,489.80 | | | | |
| Hudson Energy | 190.20 | 190.20 | | | | |
| Infinite Energy | 42.12 | 42.12 | | | | |
| Midamerica Energy | 2,925.88 | 2,925.88 | | | | |
| Mint Energy LLC | 1,029.81 | 1,029.81 | | | | |
| MP2 Energy LLC | 324.74 | 324.74 | | | | |
| NatGas Co | 396.05 | 396.05 | | | | |
| NE States Fund | 1,946.37 | 1,946.37 | | | | |
| Nordic Energy | 1,788.91 | 1,788.91 | | | | |
| Spark Energy & Gas | 1,463.85 | 1,463.85 | | | | |
| US Gas & Electric | 243.47 | 243.47 | | | | |
|  | **28,212.21** | **28,212.21** | **0.00** | **0.00** | **0.00** | **0.00** |

AMERIGREEN ENERGY INC
US Bankruptcy Court for Eastern District of PA, Case No. 18-13777

Form 206A/B, Line 47 - Automobiles, vans, trucks, motorcycles, trailers and titled farm vehicles (AMENDED)

| Truck # | Year | Make | VIN | NBV | Value |
|---|---|---|---|---|---|
| 1 | 2015 | JEEP GRAND CHEROKEE | 1C4RJFBMXFC112982 | 41,333.92 | 24,000.00 |
| 2 | 2016 | FORD ESCAPE | 1FMCU9GX5GUA48830 | 23,762.24 | 20,500.00 |
| 3 | 2010 | JEEP GRAND CHEROKEE | 1J4PR4GK8AC108380 | 934.05 | 9,000.00 |
| 4 | 2016 | FORD ESCAPE | 1FMCU9G96GUC49962 | 24,099.12 | 16,000.00 |
| 6 | 2010 | JEEP GRAND CHEROKEE | 1J4PR4GK4AC143515 | 5,742.90 | 9,000.00 |
| 7 | 2014 | JEEP GRAND CHEROKEE | 1C4RJFCM8EC384850 | 8,538.24 | 17,000.00 |
| 9 | 2014 | JEEP GRAND CHEROKEE | 1C4RJFBM5EC315793 | 16,653.54 | 16,000.00 |
| 10 | 2011 | FORD F-650 BOX TRUCK | 3FRNF6FC1BV411137 | 34,541.42 | 34,000.00 |
| 11 | 2015 | CHEVROLET TAHOE | 1GNSKCKC8FR505906 | 52,879.70 | 40,000.00 |
| 12 | 2014 | JEEP GRAND CHEROKEE | 1C4RJFBM2EC521444 | 30,015.00 | 23,000.00 |
| | | | | 238,500.13 | 208,500.00 |